UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TIANAY MALDONADO,

                Plaintiff,

                                        Case No. 10-CV-10114

vs.                                  HON. GEORGE CARAM STEEH

COMMISSIONER OF
SOCIAL SECURITY,

                Defendant.

_____/

ORDER ACCEPTING REPORT AND RECOMMENDATION (#14)
AND DISMISSING PLAINTIFF'S CLAIM

On January 12, 2010, plaintiff filed a complaint for judicial review following an adverse decision of the Commissioner of Social Security. The matter was referred to Magistrate Judge Hluchaniuk, who issued a Report and Recommendation on June 16, 2010, recommending that plaintiff's complaint be dismissed for failure to prosecute. Plaintiff has not filed objections to the Report and Recommendation. The court has reviewed the Report and Recommendation, and in the absence of timely objection,

The court hereby adopts Magistrate Judge Hluchaniuk's June 16, 2010 Report and Recommendation. Plaintiff's claim is hereby DISMISSED.

SO ORDERED.

Dated:  January 24, 2011

                                      s/George Caram Steeh_____
                                      GEORGE CARAM STEEH
                                      UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
January 24, 2011, by electronic and/or ordinary mail and also
to Tianay Maldonado at 25661 Middlebelt, Flat Rock, MI
48134.

s/Marcia Beauchemin
Deputy Clerk